**DISMISS and Opinion Filed September 14, 2021**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-21-00057-CV

**NOVO POINT, LLC, QUANTEC, LLC, RPV, LTD., AND JEFFREY BARON, Appellants**
**V.**
**ELISA KATZ, GARY SCHEPPS, DOMAIN VAULT, LLC, DOMAIN PROTECTION, LLC, NAME.COM, INC. SHAWN FRAZIN, AND SEA WASP, LLC, Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01898-D**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Goldstein, and Justice Smith
Opinion by Justice Smith

We withdraw our August 27, 2021 opinion and vacate the judgment of that same date. This is now the opinion of the Court.

Although directed to file their brief no later than August 13, 2021 and cautioned that failure to do so would result in dismissal of the appeal, appellants have failed to comply. *See* TEX. R. APP. P. 38.8(a)(1). Accordingly, we dismiss the

appeal.  *See id.* 38.8(a)(1), 42.3(b),(c).

/Craig Smith/
CRAIG SMITH
JUSTICE

210057F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

NOVO POINT, LLC, QUANTEC, LLC, RPV, LTD., AND JEFFREY BARON, Appellants

No. 05-21-00057-CV V.

ELISA KATZ, GARY SCHEPPS, DOMAIN VAULT, LLC, DOMAIN PROTECTION, LLC, NAME.COM, INC. SHAWN FRAZIN, AND SEA WASP, LLC, Appellees

On Appeal from the County Court at Law No. 4, Dallas County, Texas Trial Court Cause No. CC-19-01898-D.
Opinion delivered by Justice Smith. Chief Justice Burns and Justice Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees ELISSA KATZ, GARY SCHEPPS, DOMAIN VAULT, LLC, DOMAIN PROTECTION, LLC, NAME.COM, INC. SHAWN FRAZIN, AND SEA WASP, LLC. recover their costs, if any, of this appeal from appellants NOVO POINT, LLC, QUANTEC, LLC, RPV, LTD., AND JEFFREY BARON.

Judgment entered September 14, 2021